# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

160308 & (21)(23)(25)(29)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

    SC: 160308
    COA: 347720
    Tuscola CC: 13-012924-FH

JAMSHID BAKSHI ZAHRAIE,
     Defendant-Appellant.

_____/

      On order of the Court, the motions to amend the application and add issues are GRANTED. The application for leave to appeal the July 30, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



a0622

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



Clerk